| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Dale K. Galipo (SBN 144074)<br>Hang D. Le (SBN 293450)<br>**Law Offices of Dale K. Galipo**<br>21800 Burbank Blvd., #310<br>Woodland Hills, CA 91367<br>Ph: (818) 347-3333<br>Fx: (818) 347-4118<br><br>ATTORNEY(S) FOR: Plaintiff | |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASMA MOJADDIDI, individually and as successor in interest to FAISAL MOJADDIDI, deceased,<br><br>vs.          Plaintiff(s),<br><br>COUNTY OF SACRAMENTO; and DOES 1-10, inclusive,<br><br>          Defendant(s) | CASE NUMBER:<br><br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for <u>Plaintiff Asma Mojaddidi,</u> or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Asma Mojaddidi | Plaintiff |
| County of Sacramento | Defendant |

____12/17/2025_____    /*s/ Dale K. Galipo*_____
Date                                                                   Signature

Attorney of record for (or name of party appearing in prop per):

<u>Plaintiff</u>

CV-30 (05/13)                                **NOTICE OF INTERESTED PARTIES**